UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No.  4:19 CR 00128 RLW (NAB) |
| PHILANTAE JOHNSON, | ) ) ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer J. Roy, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is charged with carjacking, in violation of 18 U.S.C. § 2119(1), an offense for which a maximum 15-year imprisonment is prescribed under Title 18, and brandishing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. §924(c), which mandates a mandatory minimum 7-year sentence to run consecutive to any other count of conviction.   Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

2. According to St. Louis Metropolitan Police Department ("SLMPD") Complaint Number 18-055940, on November 25, 2018, victim L.R. was entering her home in the City of St. Louis, Missouri when the defendant and Perry Brown followed behind her and forced their way into her residence.  The victim reported that the defendant pointed a firearm at her and demanded her car keys.  As the victim was

screaming and begging the defendant not to shoot her, a witness came down from upstairs and the defendant pointed the firearm at him.   The victim gave her keys to the defendant who took the keys and her purse and ran out of the house with Brown.   Both the defendant and Brown drove away in the victim's car.   The car was tracked via a GPS monitoring company to East St. Louis, Missouri.   SLMPD detectives responded to that location and found the defendant, who was the driver and sole occupant, exiting the vehicle.   The defendant ran when he saw the police.   The officers ultimately took him into custody.   The defendant was advised of his constitutional rights pursuant to *Miranda v. Arizona* and made a knowing and voluntary statement admitted to his involvement in the carjacking but stated that he did not possess the firearm.

3. The defendant's criminal history reflects that he has two prior felony convictions in St. Clair County, Illinois for Felony Theft (15CF00663) and Residential Burglary (13CF845).

4. The defendant's criminal history and the nature of the offense charged, reflects that there is a danger to the community that would be posed by the defendant's release.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

BY: */s/ Jennifer Roy*
JENNIFER J. ROY, #47203MO
Assistant United States Attorney